**No. 60984.**—Steinhardter & Nordlinger *v.* United States, protest 82007–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bitter orange pulp the same in all material respects as that passed upon in *T. M. Duche & Sons, Inc., et al.* v. *United States* (44 C. C. P. A. 60, C. A. D. 638), the claim of the plaintiff was sustained.

JUNE 24, 1957

**No. 60985.**—SUIT 4893.—Plus Computing Machines, Inc. *v.* United States.—

—C. D. 1785 reversed May 7, 1957. C. A. D. 655.

JUNE 27, 1957

**No. 60986.**—SUIT 4880.—United States *v.* General Shipping & Trading Co. and Felix Lorenzoni.—

—C. D. 1769 affirmed May 7, 1957. C. A. D. 656.

BEFORE THE FIRST DIVISION, JULY 3, 1957

**No. 60987.**—The Emporium and The Emporium Capwell Company *v.* United States, protest 292412–K (San Francisco).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the rate of 25 percent should apply to the toys valued at $271 and that the rate of 35 percent should apply to the toys valued at $37, the protest was sustained to that extent.